# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1136**
**CAF 10-02014**
PRESENT: FAHEY, J.P., CARNI, SCONIERS, GORSKI, AND MARTOCHE, JJ.

---

IN THE MATTER OF MICHELLE M.L.,
PETITIONER-RESPONDENT,

                V                          MEMORANDUM AND ORDER

ALBERT A.C., RESPONDENT-APPELLANT.
(APPEAL NO. 2.)

---

ROSEMARIE RICHARDS, SOUTH NEW BERLIN, FOR RESPONDENT-APPELLANT.

BONITA J. STUBBLEFIELD, ATTORNEY FOR THE CHILD, PIFFARD, FOR LYDIA C.

---

Appeal from an order of the Family Court, Steuben County (Peter C. Bradstreet, J.), entered September 13, 2010 in a proceeding pursuant to Family Court Act article 6. The order, among other things, awarded petitioner sole custody of the subject child.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Same Memorandum as in *Matter of Lydia C.* (___ AD3d ___ [Nov. 10, 2011]).

Entered: November 10, 2011                          Patricia L. Morgan
                                                 Clerk of the Court